PROB 12B
(7/93)

Report Date: November 3, 2009

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 3 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Greg Allen White | Case Number: 2:09CR02017-001 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 1/7/2008 | Type of Supervision: Supervised Release |
| Original Offense: Possession of Methamphetamine, 21 U.S.C. § 844; Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 6/29/2009 |
| Original Sentence: Prison - 1 Months; TSR - 36 Months | Date Supervision Expires: 6/28/2011 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center located in the District of Oregon for a period of up to 120 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. White is currently completing a term of confinement with the State of Oregon, Umatilla County. He is due to be released on or about December 18, 2009. Mr. White has no ties to the Eastern District of Washington and would like to remain in the State of Oregon. However, his family members in Hermiston, Oregon, have refused to allow Mr. White to stay with them. Therefore, in an effort to aid Mr. White with his transition and to begin to rebuild his life in Oregon, he has agreed to the above-noted supervised release modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 3, 2009

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob 12B
**Re: White, Greg Allen
November 3, 2009
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

11/3/09
Date